### MARY COLLINS *v.* JOHN C. KUCEJ
### (13190)

DUPONT, C. J., and SCHALLER and HENNESSY, Js.

Submitted on briefs January 6—decision released January 24, 1995

*Linda P. Dunphy* filed a brief for the appellant (defendant).

*Mary A. Conklin* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.